United States District Court
Southern District of Texas
**ENTERED**
August 03, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARGARITA CHAPA, BALTHAZAR CANTU, IRENE CHAPA, MIGUEL CHAPA, and ALEXANDER LOPEZ, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | |
| CITY OF PASADENA, JESSE BAUM, DAVIS BRASHIER, NICHOLAS COLUNGA, CHARLES HAWTHORNE, MITCHELL INNS, MICHAEL LUDEKE II, JENNIFER NEILON, ANTHONY ROMERO, and VICTOR YANEZ, | § § § § § § § § § | CIVIL ACTION NO. 4:21-CV-03444 |
| *Defendants*. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above-captioned proceeding are Defendants' Motion to Dismiss the Original Complaint (Doc. No. 8) and Defendants' Motion to Dismiss the First Amended Complaint (Doc. No. 10). Plaintiffs filed a response in opposition to the latter motion to dismiss (Doc. No. 11),[1] and Defendants replied thereto (Doc. No. 12).

Magistrate Judge Sam S. Sheldon, to whom this case was referred (Doc. No. 15), issued a Memorandum and Recommendation ("M&R") that the Court deny the Defendants' Motion to Dismiss the Original Complaint as moot, and that the Court grant in part and deny in part the Defendants' Motion to Dismiss the First Amended Complaint. (Doc. No. 19). Neither Plaintiffs nor Defendants filed objections to the M&R. *See* 28 U.S.C. § 636(b)(1) (setting a 14-day deadline to file objections); FED. R. CIV. P. 72(b)(2) (same); *see also* (Doc. No. 19, at 25) (advising parties of the 14-day deadline).

---

[1] Plaintiffs did not file a response in opposition to the first motion to dismiss, because that motion was mooted by the Plaintiff's filing of the first amended complaint (Doc. No. 9).

After independently reviewing the record and considering the applicable law, the Court agrees with the conclusions of the M&R in their entirety. (Doc. No. 19). Accordingly, the Court hereby **ORDERS** that the Memorandum and Recommendation (Doc. No. 19) is **ADOPTED**.

The Court further **ORDERS** that Defendants' Motion to Dismiss the Original Complaint (Doc. No. 8) is **DENIED as moot.**

The Court further **ORDERS** that Defendants' Motion to Dismiss the First Amended Complaint (Doc. No. 10) is **GRANTED in part** and **DENIED in part**. Plaintiffs' only surviving claims are for unlawful entry, false arrest, and excessive force under the Fourth Amendment, and for retaliation under the First Amendment against Defendants Jesse Baum, Davis Brashier, Nicholas Colunga, Charles Hawthorne, Mitchell Inns, Michael Ludeke II, Jennifer Neilon, Anthony Romero, and Victor Yanez. All other claims are hereby dismissed with prejudice.

Signed at Houston, Texas, this 2nd day of August, 2022.

Andrew S. Hanen
United States District Judge